```
                     UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
                            RENO, NEVADA
```

JOHN CARSTARPHEN,                )    3:07-CV-00542-ECR-RAM
                                 )
    Plaintiff,                   )    MINUTES OF THE COURT
                                 )
                                 )    DATE: MAY 29, 2008
vs.                              )
                                 )
RICHARD MILSNER, an individual,  )
DOES 1 through 10,               )
                                 )
    Defendants.                  )
_____)

PRESENT:    EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN        Reporter:    NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    **IT IS HEREBY ORDERED** that Motion to Dismiss (#9), filed by Defendant Milsner on April 29, 2008, is **DENIED**.

    Plaintiff has shown good cause for failure to serve Defendant within the 120-day time limit provided in Fed. R. Civ. P. 4(m). Defendant now acknowledges service of process on April 11, 2008. The time for service is, therefore, extended to that date.

                                                                   LANCE S. WILSON, CLERK

                                                                     By      /s/
                                                                              Deputy Clerk