KING & RUSSO, LTD
PATRICK O. KING, ESQ., BAR NO. 5034
J. SCOTT RUSSO, ESQ., BAR NO. 6477
1677 Lucerne Street, Suite B
Minden, NV 89423

Telephone No. (775) 783-7500
Facsimile No. (775) 783-7600

Attorneys for Plaintiff John Carstarphen

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA - RENO

| | |
|---|---|
| John Carstarphen, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Richard Milsner, an individual and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 3:07-cv-00542-ECR-RAM<br><br>**PLAINTIFF'S RULE 26(a)(2)(A) DISCLOSURE OF EXPERT WITNESSES** |

Plaintiff John Carstarphen, by and through his undersigned counsel, submits the following Expert Witness Disclosure in compliance with FRCP26(a)(2)(A) and the Section (3) of the Scheduling Order :

1. James S. Proctor, CPA, CFE
   *Director - Forensic Accounting*
   Meridian Business Advisors
   660 Sierra Rose Drive, Suite 2
   Reno, NV. 89511
   Phone (775)827-5300

1     Mr. Proctor's disclosure pursuant to FRCP Rule 26(a)(2)(A) will follow under separate
2 cover.

3 DATED: January 5, 2009          KING & RUSSO, LTD.

5                                By: _____
6                                   J. Scott Russo
                                  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of King & Russo, and not a party to, nor interested in, the within action; that on January 5, 2009, I deposited in the United States Mail at Irvine, California, with adequate postage thereon, a true and correct copy of the above document enclosed in a sealed envelope and addressed to the last known address as set forth below:

Richard G. Hill, Esq.
652 Forest Street
Reno, NV 89509

_____
Barbara Yots

4