1

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

JOHN CARSTARPHEN, an individual,     )     3:07-cv-00542-ECR-WGC
                                     )
    Plaintiff,                       )
                                     )
vs.                                  )     **Order**
                                     )
RICHARD MILSNER, an individual       )
and DOES 1 through 10, inclusive.    )
                                     )
    Defendant.                       )
_____    )
                                     )
AND RELATED CLAIMS                   )
_____    )

15

16     On March 1, 2012, Defendant Richard Milsner filed an Emergency

17 Motion (#161) for Relief from Order.  It appears from the record

18 that this action is stayed in bankruptcy.  **THEREFORE ORDERED** that

19 our previous Order (#160) requiring the filing of a pretrial order

20 is **VACATED**.  This action is stayed pending the bankruptcy.  The

21 Emergency Motion (#161) is **DENIED** without prejudice.

22

23

24 DATED: March 5, 2012.

25

26 _____
    UNITED STATES DISTRICT JUDGE

27

28